FORTUNE GALLO, Appellant, v. UNIVERSAL ART, INC., JULIUS FLEISCHMANN and SERGEI DENHAM, Respondents, Impleaded with Others, Defendants.— Order denying plaintiff's motion for a discovery and inspection unanimously reversed, with ten dollars costs and disbursements, and the said motion granted for inspection and discovery under the supervision of an official referee. No opinion. The date for the discovery and inspection to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FORTUNE GALLO, Appellant, v. UNIVERSAL ART, INC., JULIUS FLEISCHMANN and SERGEI DENHAM, Respondents, Impleaded with Others, Defendants.— Order granting motion of the defendant Universal Art, Inc., to vacate a notice to take the deposition of one George Boochever as a witness before trial unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH J. SCHWARTZ and HARVEY SCHWARTZ, Respondents, v. PARAGON OIL COMPANY, INC., OF NEW YORK, and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH SCHWARTZ, Respondent, v. HENRY L. SCHWARTZ and Others, Appellants. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GUSTAVE BROWN and Others, Appellants, v. L. & F. LIQUIDATION CORPORATION and Another, Defendants, Impleaded with THE METROPOLITAN CASUALTY INSURANCE CO. OF NEW YORK and Another, Respondents.— Order, so far as appealed from, unanimously affirmed with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MARION D. THOMAS, Appellant, Respondent, against TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Respondent, Appellant.— Order entered on or about October 22, 1937, so far as appealed from, and the order dated March 31, 1939, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [164 Misc. 341.]

ABRAHAM PLETMAN, Respondent, v. MYRON GOLDSOLL, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PHILIP HISS, Respondent, v. JAMES MADISON AUSTIN and MADELAINE HORNE AUSTIN, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.